IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KEENON A. ROBERTSON, | |
|---|---|
| Petitioner, | 8:17CV201 |
| vs. | |
| SCOTT FRAKES, Director of Nebraska Department of Correctional Services, | ORDER |
| Respondent. | |

This matter is before the court on the Notice of Appeal (filing no. 18) filed by Petitioner on June 25, 2018. Petitioner appeals from this court's Order and Judgment dated May 31, 2018. (Filing No. 16; Filing No. 17.) He also requests an extension of time to file a request for a certificate of appealability in the Eighth Circuit Court of Appeals. (Filing No. 20.) Also before the court is the memorandum from the Clerk of the Court (filing no. 19) requesting a decision as to whether Petitioner may proceed on appeal in forma pauperis.

First, the court finds that Petitioner may proceed on appeal in forma pauperis without further authorization pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure. (*See* Filing No. 6.)

Lastly, Petitioner asks for an extension of time to file his request for a certificate of appealability with the Eighth Circuit Court of Appeals. This relief should be sought directly from the Eighth Circuit. *See* Fed. R. App. P. 22(b)(2) ("A request addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes. If no express request is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals."). Accordingly, Petitioner's Motion for Extension of Time (Filing No. 20) will be denied without prejudice to reassertion before the Eighth Circuit.

IT IS ORDERED that:

1.     Petitioner may proceed on appeal in forma pauperis without further authorization.

2.     Petitioner's Motion for Extension of Time ([filing no. 20](filing no. 20)) is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

3.     The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 26th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
